# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MONSTER ENERGY COMPANY, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | EDCV 18-869 MWF (RAOx) |
| v. | |
| MONSTA ATHLETICS, LLC | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 08/20/2018 | 13 | Answer to Complaint |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____.
☐ The hearing date has been rescheduled to _____ at _____
☒ Other

    Counsel shall comply with Local Rule 7.1-1 by filing the required Notice of Interested Parties within five (5) days.

Clerk, U.S. District Court

Dated: August 23, 2018          By: Rita Sanchez/sjm
                                                               Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge