Steven J. Nataupsky (CA SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA SBN 156511)
lynda.zadrasymes@knobbe.com
Nicole R. Townes (CA SBN 272342)
nicole.townes@knobbe.com
Jacob R. Rosenbaum (CA SBN 313190)
jacob.rosenbaum@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404; Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

Sevag Demirjian (SBN 243656)
sevag@demirjianlaw.com
DEMIRJIAN LAW OFFICES
5200 Lankershim Blvd. Suite 850
North Hollywood, CA 91601
Telephone: 310-870-3977

Gregory M. Ajalat, Esq. (SBN 150878)
Greg@Ajalatlawlaw.com
AJALAT & AJALAT, LLP
5200 Lankershim Blvd. Suite 850
North Hollywood, CA 91601
Telephone: 818-506-1500

Attorneys for Defendants
MONSTA ATHLETICS, LLC and
CARL PEGNATORI

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MONSTA ATHLETICS, LLC, a California limited liability company, and CARL PEGNATORI, an individual.<br><br>Defendants. | Case No. 5:18-cv-00869-MWF-RAO<br><br>**STIPULATED DISMISSAL WITH PREJUDICE**; AND ORDER<br><br>Hon. Michael W. Fitzgerald |

| | |
|---|---|
| 1 | Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Monster Energy Company ("Monster") and Defendants Monsta Athletics, LLC, a California limited liability company, and Carl Pegnatori, an individual (collectively, "Defendants") hereby stipulate to the dismissal with prejudice of all of Monster's claims against Defendants. The stipulation of dismissal is submitted pursuant to a Confidential Settlement Agreement between Monster and Defendants. Each party shall bear its own costs and attorneys' fees. |

Respectfully submitted,
KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: February 8, 2019      By: /s/ Nicole R. Townes
                                 Steven J. Nataupsky
                                 Lynda J. Zadra-Symes
                                 Nicole R. Townes
                                 Jacob R. Rosenbaum

Attorneys for Plaintiff,
MONSTER ENERGY COMPANY


AJAT & AJALAT, LLP

Dated: February 8, 2019      By: /s/ Gregory M. Ajalat (with permission)
                                 Gregory M. Ajalat

Attorneys for Defendants,
MONSTA ATHLETICS, LLC, and CARL PEGNATORI

IT IS SO ORDERED.
DATED: February 11, 2019

_____
Honorable Michael W. Fitzgerald
United States District Judge